UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kevin Bowes,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>Integrity Solution Services, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No.: 3:13-cv-05518-PGS-LHG<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

　　NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: December 3, 2013

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Sofia Balile

　　　　　　　　　　　　　　　　　　　　Sofia Balile, Esq.
　　　　　　　　　　　　　　　　　　　　Lemberg & Associates LLC
　　　　　　　　　　　　　　　　　　　　1100 Summer Street
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　Phone: (917) 981-0849
　　　　　　　　　　　　　　　　　　　　Fax:　 (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By _/s/ Sofia Balile_____

                                          Sofia Balile