UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kevin Bowes,<br><br>           Plaintiff,<br>v.<br><br>Integrity Solution Services, Inc.; and DOES 1-10, inclusive,<br><br>           Defendant. | Civil Action No.:  3:13-cv-05518-PGS-LHG |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Integrity Solution Services, Inc. with prejudice and without costs to any party.

| | |
|---|---|
| Kevin Bowes | Integrity Solution Services, Inc. |
| ___/s/ Sofia Balile_____ | __/s/ Richard J. Perr_____ |
| Sofia Balile, Esq.<br>NJ Bar No. 01093<br>Lemberg & Associates, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | Richard J. Perr, Esq.<br>Fineman, Krekstein & Harris, P.C.<br>BNY Mellon Center<br>1735 Market Street, Suite 600<br>Philadelphia, PA 19103-7513<br>(215) 893-9300<br>Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By  /s/ Sofia Balile_____
                                                        Sofia Balile